WILLISTON TIMBER COMPANY INC et al v. BITUMINOUS CASUALTY CORPORATION et al                    Doc. 7
Case 1:06-cv-00101-SPM-AK   Document 7   Filed 05/30/2006   Page 1 of 1

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLISTON TIMBER CO., INC.**
*et al.*,

    **Plaintiffs**,

vs.                                                                              1:06-CV-101-SPM

**BITUMINOUS CASUALTY
CORPORATION**, *et al.*,

    **Defendants.**
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Notice of Settlement" (doc. 6) filed May 22, 2006. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of May, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge

Dockets.Justia.com