IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLISTON TIMBER CO., INC.**
*et al.*,

    **Plaintiffs,**

**vs.**　　　　　　　　　　　　　　　　　　　　**1:06-CV-101-SPM**

**BITUMINOUS CASUALTY**
**CORPORATION,** *et al.*,

    **Defendants.**
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Notice of Settlement" (doc. 6) filed May 22, 2006.  Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot.  The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of May, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge